**FZ FROSS ZELNICK**

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5900
jmargiotta@fzlz.com

# MEMO ENDORSED

March 5, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __03/06/26__

Re:  *David Yurman Enterprises LLC, et al., v. The TJX Companies, Inc., et al.*
Case No. 26-cv-1151 (GHW) (BCM) (S.D.N.Y.)
**Letter Motion Requesting Adjournment of Initial Case Management Conference**

Dear Judge Moses,

We represent Plaintiffs David Yurman Enterprises LLC and David Yurman IP LLC in the above-referenced matter. We write pursuant to Rule 2(a) of Your Honor's Individual Practices to request an adjournment of the initial case management and scheduling conference set for April 22, 2026 because of a scheduling conflict. Plaintiff's counsel has a pretrial conference in Case No. 22-cv-07719 (GBD) (S.D.N.Y.) at the same time. This is the first request for an adjournment.

The parties have conferred in accordance with Your Honor's Individual Practices and propose the following alternative dates on which all counsel are available:

1.  May 13, 2026
2.  May 14, 2026

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *John Margiotta*

John P. Margiotta

cc: All Counsel of Record via ECF

> Application GRANTED. The Initial Case Management Conference previously scheduled for April 22, 2026 is ADJOURNED to **May 13, 2026 at 10:00 a.m.** All other provisions of this Court's Initial Case Management Order (Dkt. 14) remain in effect, including the party's joint pre-conference statement, now due no later than **May 6, 2026**.
>
> SO ORDERED.
>
> March 6, 2026
>
> _____
> **Barbara Moses, U.S.M.J.**